| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

United States District Court
Southern District of Texas
**ENTERED**
June 28, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| Elite Center for Minimally Invasive Surgery, LLC, | § § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-17-1050 |
| Anthem Blue Cross Life and Health Insurance Company, *et al.*, | § § § | |
| Defendants. | § | |

## Dismissal of CareFirst of Maryland

On the agreement of the parties, the claims against CareFirst of Maryland, Inc., are dismissed with prejudice. (41)

Signed on June 28, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge