United States District Court
Southern District of Texas

**ENTERED**
August 14, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Elite Center for Minimally §
Invasive Surgery, LLC, §
§
    Plaintiff, §
§
versus § Civil Action H-17-1050
§
Anthem Blue Cross Life and Health §
Insurance Company, et al., §
§
    Defendants. §

## Dismissal of Blue Cross and Blue Shield of South Carolina

On the agreement of the parties, the claims against Blue Cross and Blue Shield of South Carolina are dismissed with prejudice. (59)

Signed on August 14, 2017, at Houston, Texas.

            _____
            Lynn N. Hughes
            United States District Judge