UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 17, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Elite Center for Minimally Invasive Surgery, LLC, § § § | |
| Plaintiff, § § | |
| versus § | Civil Action H-17-1050 |
| § § | |
| Anthem Blue Cross Life and Health Insurance Company, *et al.*, § § § § | |
| Defendants. § | |

## Dismissal

On the agreement of the parties, the claims against Blue Cross Blue Shield of Michigan, Blue Cross Blue Shield of North Carolina, and Independence Blue Cross of Pennsylvania are dismissed with prejudice. (70) (71) (72)

Signed on October 16, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge