UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

October 25, 2017

David J. Bradley, Clerk

| | | |
|---|---|---|
| Elite Center for Minimally Invasive Surgery, LLC, | §<br>§<br>§ | |
| Plaintiff, | §<br>§<br>§ | |
| versus | §<br>§ | Civil Action H-17-1050 |
| Anthem Blue Cross Life and Health Insurance Company, et al., | §<br>§<br>§<br>§ | |
| Defendants. | § | |

## Conditional Dismissal

1.    Having been advised that the parties have reached a settlement, this case is dismissed with prejudice. (75)

2.    By November 27, 2017, the parties may move for reinstatement

3.    This court retains jurisdiction to enforce the settlement.

Signed on October 25, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge