United States District Court
Southern District of Texas
**ENTERED**
December 13, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

Elite Center for Minimally §
Invasive Surgery, LLC, §
   §
      Plaintiff, §
   §
versus §    Civil Action H-17-1050
   §
Anthem Blue Cross Life and Health §
Insurance Company, *et al.*, §
   §
      Defendants. §

## Partial Dismissal

1. Having been advised that Elite Center for Minimally Invasive Surgery, LLC, and Health Care Service Corporation have reached a settlement, this claim is dismissed with prejudice. (87)

2. By January 12, 2018, the parties may move for reinstatement.

3. This court retains jurisdiction to enforce the settlement.

Signed on December 12, 2017, at Houston, Texas.

                                               Lynn N. Hughes
                                    United States District Judge