| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
December 18, 2017
David J. Bradley, Clerk

Elite Center for Minimally  §
Invasive Surgery, LLC,  §
 §
    Plaintiff,  §
 §
versus  §  Civil Action H-17-1050
 §
Anthem Blue Cross Life and Health  §
Insurance Company, et al.,  §
 §
    Defendants.  §

## Partial Dismissal

Having been advised that Elite Center for Minimally Invasive Surgery, LLC, no longer wishes to pursue its claims against Independence Blue Cross of Pennsylvania, the claims between them are dismissed with prejudice. (90)

Signed on December 18, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge