UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

December 26, 2017

David J. Bradley, Clerk

| | | |
|---|---|---|
| Elite Center for Minimally Invasive Surgery, LLC, | § § § | |
| Plaintiff, | § § § | |
| *versus* | § § | Civil Action H-17-1050 |
| Anthem Blue Cross Life and Health Insurance Company, *et al.*, | § § § | |
| Defendants. | § § | |

## Partial Dismissal

Having been advised that Elite Center for Minimally Invasive Surgery, LLC, no longer wishes to pursue its claims against Blue Cross and Blue Shield of Alabama, the claims between them are dismissed with prejudice. (92)

Signed on December 26, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge