UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 17, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Elite Center for Minimally Invasive Surgery, LLC, | § § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-17-1050 |
| Anthem Blue Cross Life and Health Insurance Company, *et al.*, | § § § | |
| Defendants. | § § | |

## Partial Dismissal

Having been advised that Elite Center for Minimally Invasive Surgery, LLC, no longer wishes to pursue its claims against Blue Cross and Blue Shield of Minnesota, the claims between them are dismissed with prejudice.

Signed on January 17, 2018, at Houston, Texas.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　United States District Judge