UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

January 18, 2018

David J. Bradley, Clerk

| | | |
|---|---|---|
| Elite Center for Minimally Invasive Surgery, LLC, | § § § § § | |
| Plaintiff, | § | |
| versus | § § | Civil Action H-17-1050 |
| Anthem Blue Cross Life and Health Insurance Company, *et al.*, | § § § § | |
| Defendants. | § | |

## Partial Dismissal

Having been advised that Elite Center for Minimally Invasive Surgery, LLC, no longer wishes to pursue its claims against Blue Cross and Blue Shield of Nebraska, Blue Shield of California, and Blue Cross Blue Shield of Kansas City, the claims between them are dismissed with prejudice. (96) (98) (99)

Signed on January 18, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge