| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
January 19, 2018
David J. Bradley, Clerk

| Elite Center for Minimally Invasive Surgery, LLC, | § § § | |
|---|---|---|
| Plaintiff, | § § | |
| versus | § § | Civil Action H-17-1050 |
| Anthem Blue Cross Life and Health Insurance Company, et al., | § § § § | |
| Defendants. | § § | |

## Partial Dismissal

Having been advised that Elite Center for Minimally Invasive Surgery, LLC, no longer wishes to pursue its claims against Community Insurance Company, Empire HealthCare HMO, Inc., Highmark Inc., Anthem Blue Cross Life and Health Insurance Company, Anthem Health Plans of New Hampshire, Inc., Anthem Health Plans of Virginia, Inc., Blue Cross Blue Shield of Georgia, RightChoice Managed Care, Inc., Blue Cross Blue Shield of Wisconsin, Rocky Mountain Hospital and Medical Service, Inc., and Premera Blue Cross, the claims between them are dismissed with prejudice.

Signed on January 19, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge