UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 01, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Elite Center for Minimally Invasive Surgery, LLC, § § § § Plaintiff, § § versus § § Anthem Blue Cross Life and Health Insurance Company, *et al.*, § § § § Defendants. § | Civil Action H-17-1050 |

## Partial Dismissal

Having been advised that Elite Center for Minimally Invasive Surgery, LLC, no longer wishes to pursue its claims against Blue Cross Blue Shield of Massachusetts, the claims between them are dismissed with prejudice.

Signed on February 1, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge