**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **ELITE CENTER FOR MINIMALLY INVASIVE SURGERY, LLC**  Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 4:17-cv-1050 ) ) |
| **ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, et al.**  Defendants. | ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Elite Center for Minimally Invasive Surgery, LLC submits this Stipulation of Dismissal with Prejudice and requests a dismissal with prejudice of all claims attached hereto as "Exhibit A," asserted by Plaintiff Elite Center for Minimally Invasive Surgery, LLC against Defendant Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana.

Respectfully submitted,

BERGQUIST LAW FIRM

By: */s/David W. Bergquist*
David W. Bergquist
Attorney-in-Charge
Texas Bar No. 24040512
Southern District of Texas No. 37790
1333 West Loop South, Suite 1700
Houston, TX  77027
dwb@bergquistlawfirm.com
Tel. (713) 655-8000
Fax. (713) 739-0000
*Attorney for Plaintiff
Elite Center for Minimally Invasive
Surgery, LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record via ECF electronic service, pursuant to the Federal Rules of Civil Procedure on March 14, 2018.

                                         */s/ David W. Bergquist*
                                         **DAVID W. BERGQUIST**

**EXHIBIT A**

| 222 | 11/20/2012 | OGS200958638 | $4,860.00 | $0.00 |
|---|---|---|---|---|
| 223 | 11/12/2013 | OGS200958638 | $3,800.00 | $0.00 |
| 224 | 04/04/2013 | IEU20061997 | $108,372.00 | $21,910.06 |
| 225 | 10/17/2013 | PHI200305456 | $41,025.00 | $5,461.64 |
| 226 | 11/22/2013 | WHK201065754 | $4,588.00 | $0.00 |
| 227 | 11/21/2012 | XUP200125189 | $28,230.00 | $7,663.51 |
| 228 | 11/29/2012 | XUP200978863 | $33,710.00 | $1,916.32 |
| 229 | 01/16/2013 | XUP201073288 | $5,410.00 | $0.00 |
| 230 | 06/19/2013 | XUP201073288 | $5,460.00 | $0.00 |
| 231 | 05/28/2013 | XUP201315156 | $14,450.00 | $1,535.61 |
| 232 | 07/19/2013 | XUP201341126 | $14,450.00 | $107.05 |
| 233 | 04/01/2014 | UYQ201052359 | $2,280.00 | $0.00 |
| 234 | 12/15/2014 | XUP200130971 | $43,200.00 | $1,168.76 |
| 235 | 01/13/2014 | XUP200843392 | $3,500.00 | $498.54 |
| 236 | 02/19/2014 | XUP200866916 | $37,890.00 | $3,407.13 |
| 237 | 05/23/2014 | XUP200982193 | $10,500.00 | $680.73 |
| 238 | 07/02/2014 | XUP200982193 | $39,300.00 | $779.46 |
| 239 | 01/17/2014 | XUP201091550 | $11,250.00 | $470.40 |
| 240 | 08/13/2014 | XUP201158206 | $25,584.00 | $1,716.28 |
| 241 | 02/25/2014 | XUP201160506 | $13,450.00 | $1,216.00 |
| 242 | 10/31/2014 | XUP201186748 | $38,125.00 | $1,216.00 |
| 243 | 08/29/2014 | XUP201314081 | $54,000.00 | $1,750.22 |
| 244 | 04/01/2015 | XUP201314081 | $29,360.00 | $488.69 |
| 245 | 05/21/2014 | XUP201350955 | $51,980.00 | 4,688.93 |
| 246 | 07/30/2014 | IEU200665095 | $6,516.00 | $0.00 |
| 247 | 12/30/2014 | LYP200601154 | $6,060.00 | $88.34 |
| 248 | 01/20/2014 | LYP200604128 | $32,670.00 | $260.97 |
| 249 | 06/27/2014 | OGS200824527 | $6,000.00 | $988.29 |
| 250 | 06/30/2014 | OGS201172114 | $35,600.00 | $3,6152.02 |
| 251 | 04/25/4014 | PHI200857078 | $27,965.00 | $2,023.05 |
| 252 | 05/20/2014 | PHI200857078 | $17,825.00 | $1,497.50 |
| 253 | 08/19/2014 | EGC201191091 | $13,450.00 | $357.83 |