IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELITE CENTER FOR MINIMALLY INVASIVE SURGERY, LLC<br>    Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, et al.<br>    Defendants. | )<br>)<br>)<br>) Civil Action No. 4:17-cv-1050<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Elite Center for Minimally Invasive Surgery, LLC, submits this Stipulation of Dismissal with Prejudice and requests a dismissal with prejudice of all claims asserted by Plaintiff, Elite Center for Minimally Invasive Surgery, LLC, in the above-captioned matter as against Defendant, USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield.

Respectfully submitted,

BERGQUIST LAW FIRM

By:  /s/David W. Bergquist
David W. Bergquist
Attorney-in-Charge
Texas Bar No. 24040512
Southern District of Texas No. 37790
1333 West Loop South, Suite 1700
Houston, TX  77027
dwb@bergquistlawfirm.com
Tel. (713) 655-8000
Fax. (713) 739-0000
*Attorney for Plaintiff*
*Elite Center for Minimally Invasive*

*Surgery, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record via ECF electronic service, pursuant to the Federal Rules of Civil Procedure on __July 16_____, 2018.

*/s/ David W. Bergquist*
**DAVID W. BERGQUIST**