UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 04, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Elite Center for Minimally Invasive Surgery, LLC, §§§§§§ Plaintiff, | |
| versus | Civil Action H-17-1050 |
| Anthem Blue Cross Life and Health Insurance Company, et al., §§§§§ Defendants. | |

## Conditional Dismissal

1. Having been advised that Elite Center for Minimally Invasive Surgery, LLC, no longer wants to pursue its claims against:

   - Anthem Blue Cross Life and Health Insurance Co.;
   - Rocky Mountain Hospital and Medical Service, Inc.;
   - RightCHOICE Managed Care, Inc.;
   - Anthem Health Plans of New Hampshire, Inc.;
   - Community Insurance Company;
   - Anthem Health Plans of Virginia, Inc.;
   - Blue Cross Blue Shield of Wisconsin;
   - Blue Cross and Blue Shield of Alabama;
   - Blue Cross and Blue Shield of Georgia, Inc.;
   - Blue Cross and Blue shield of Kansas City;
   - Blue Cross and Blue Shield of Louisiana;
   - Blue Cross and Blue Shield of Massachusetts;
   - Blue Cross and Blue Shield of Michigan;
   - BCBSM, Inc.;
   - Blue Cross and Blue Shield of Nebraska;
   - Blue Cross and Blue Shield of Tennessee;
   - Blue Shield of California;
   - Empire HealthChoice HMO, Inc.;
   - Highmark Inc.;
   - Horizon Healthcare Services, Inc.;
   - Independence Blue Cross of Pennsylvania;
   - Premera Blue Cross;
   - Health Care Service Corp., a Mutual Legal Reserve Co.;
   - USAble Mutual Insurance Co;
   - Blue Cross and Blue Shield of North Carolina;
   - Blue Cross and Blue Shield of South Carolina; and
   - CareFirst of Maryland, Inc.,

   this case is dismissed with prejudice. (119) (123)

2. By November 9, 2018, the parties may move for reinstatement.

3. This court retains jurisdiction to enforce the settlement.

Signed on October 4, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge